WAKE COUNTY SHERIFF'S DEPT.
2025 JUN -4 A 9:01

# UNITED STATES DISTRICT COURT
for the

Charity Mainville

)
)
)
)
)
*Plaintiff(s)*
)
v.
)  Civil Action No. 1:25CV417
)
Eugene H. Soar, David M. Yopp, Margaret P. Eagles, Christine M. Walczyk, Vartan A. Davidian III, John Does 1–3
)
)
)
)
*Defendant(s)*
)

727102

7/24

FILED IN THIS OFFICE
JUN 13 2025
Clerk U.S. District Court

Do not return to clerk. Mail in envelope.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christine M. Walczyk
Wake County Courthouse
316 Fayetteville Street
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charity Mainville
2025 Watchorn St, Apt 504
Durham, NC 27703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Lawrence H. Cunningham
Clerk

/s/ Samantha Hicks
Deputy Clerk

May 27, 2025
Date



WAKE COUNTY SHERIFF'S OFFICE

Sys ID: 727102

14 IN  ☐ OUT

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Judge Christine Walczyk__
was received by me on *(date)* __JUN 0 4 2025__.

☒ I personally served the summons on the individual at *(place)* __316 Fayetteville Street, Raleigh, NC 27601__ on *(date)* __6-5-2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-5-2025__

__L. Beale #3798__
Server's signature

__L. Beale #3798  Deputy Sheriff__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

WILLIE L. ROWE, SHERIFF

# UNITED STATES DISTRICT COURT
## for the

WAKE COUNTY SHERIFF'S DEPT.
2025 JUN -4 A 9:10

Charity Mainville )
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. 1:25CV417
Eugene H. Soar, David M. Yopp, Margaret P. Eagles, )
Christine M. Walczyk, Vartan A. Davidian III, John )
Does 1–3 )
_____ )
*Defendant(s)* )

Do not return to clerks. Mail in envelope

FILED IN THIS OFFICE JUN 1 3 2025 Clerk, U.S. District Court Greensboro BY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eugene H. Soar
North Carolina Court of Appeals
1 West Morgan Street
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charity Mainville
2025 Watchorn St, Apt 504
Durham, NC 27703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Lawrence H. Cunningham
Clerk

/s/ Samantha Hicks
Deputy Clerk

_____  May 27, 2025
Date



WAKE COUNTY SHERIFF'S OFFICE

Sys ID: 727101

14 IN ☐ OUT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Clerk Eugene H. Soar
was received by me on *(date)* JUN 0 4 2025 .

☒ I personally served the summons on the individual at *(place)* 1 West Morgan Street, Raleigh, NC 27601 on *(date)* 6-5-2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-5-2025

*Server's signature* L. Beale #3798

*Printed name and title* L. Beale Deputy Sheriff

*Server's address*

Additional information regarding attempted service, etc:

WILLIE L. ROWE, SHERIFF