

*Exhibit A*

# North Carolina Court of Appeals
### EUGENE H. SOAR, Clerk

Phone: (919) 831-3600  
Web: https://www.nccourts.gov

Court of Appeals Building  
One West Morgan Street  
Raleigh, NC 27601

Mailing Address:  
P. O. Box 2779  
Raleigh, NC 27602

Date: 2 June, 2025  
Invoice #: **V062002625**

Ms. Charity A. Mainville  
Pro Se  
2025 Watchorn Street, Apt. 504  
Durham, NC 27703

Case: **25-521 - Mainville v. De Santis**

This statement is for charges in the above named case.

| Billed | Description | Pages | Amount Charged | Amount Paid |
|---|---|---|---|---|
| | Docket Fee | | 10.00 | 0.00 |
| | Bond | | 250.00 | 0.00 |
| Total: | | | 260.00 | |
| Balance: | | | 260.00 | |

**Payment is due upon receipt of this invoice.** Please make your check payable to the Clerk of the North Carolina Court of Appeals and mail it promptly to:

Clerk's Office  
North Carolina Court of Appeals  
PO Box 2779  
Raleigh NC 27602

Please include your invoice number and docket number on your check. Do not include payment for other invoices in your check.

If payment is not received in a timely manner, your case will be added to an outstanding invoice report and reviewed by the Clerk.

**Individuals Filing Pro Se:**  
It is the court policy not to accept personal checks, therefore, please have funds issued by money order and/or certified check.

**Unless funds are received in the Office of the Clerk of the North Carolina Court of Appeals within ten (10) days of the date of this invoice, the appeal will be subject to dismissal by this Court.**

Firm check, certified check or money order only. Personal checks will not be accepted.

①



*Exhibit A*

# North Carolina Court of Appeals
EUGENE H. SOAR, Clerk

Phone: (919) 831-3600
Web: https://www.nccourts.gov

Court of Appeals Building
One West Morgan Street
Raleigh, NC 27601

Mailing Address:
P. O. Box 2779
Raleigh, NC 27602

Date: 9 June, 2025
Invoice #: **V062012825**

Ms. Charity A. Mainville
Pro Se
2025 Watchorn Street, Apt. 504
Durham, NC 27703

Case: **25-521 - Mainville v. De Santis**

This statement is for charges in the above named case.

| Billed | Description | Pages | Amount Charged | Amount Paid |
|---|---|---|---|---|
|  | Printing RECORD (RECORD) (E) | 203 | 355.25 | 0.00 |
| Total: |  |  | 355.25 |  |
| Balance: |  |  | 355.25 |  |

**Payment is due upon receipt of this invoice.** Please make your check payable to the Clerk of the North Carolina Court of Appeals and mail it promptly to:

Clerk's Office
North Carolina Court of Appeals
PO Box 2779
Raleigh NC 27602

Please include your invoice number and docket number on your check. Do not include payment for other invoices in your check.

If payment is not received in a timely manner, your case will be added to an outstanding invoice report and reviewed by the Clerk.

Unless this statement is paid in full and received in the office of the Clerk of the North Carolina Court of Appeals within ten (10) days, the appeal will be subject to dismissal by this Court.

Firm check, certified check or money order only. Personal checks will not be accepted.



*Exhibit A*

# North Carolina Court of Appeals
EUGENE H. SOAR, Clerk

Phone: (919) 831-3600
Web: https://www.nccourts.gov

Court of Appeals Building
One West Morgan Street
Raleigh, NC 27601

Mailing Address:
P. O. Box 2779
Raleigh, NC 27602

Date: 13 May, 2025
Invoice #: **V052023525**

Ms. Charity A. Mainville
Pro Se
2025 Watchorn Street, Apt. 504
Durham, NC 27703

Case: **P25-113 - Mainville v. De Santis**

This statement is for charges in the above named case.

| Billed | Description | Pages | Amount Charged | Amount Paid |
|---|---|---|---|---|
| | Pre Docket Fees | | 10.00 | 0.00 |
| Total: | | | 10.00 | |
| Balance: | | | 10.00 | |

**Payment is due upon receipt of this invoice.** Please make your check payable to the Clerk of the North Carolina Court of Appeals and mail it promptly to:

Clerk's Office
North Carolina Court of Appeals
PO Box 2779
Raleigh NC 27602

Please include your invoice number and docket number on your check. Do not include payment for other invoices in your check.

If payment is not received in a timely manner, your case will be added to an outstanding invoice report and reviewed by the Clerk.

Firm check, certified check or money order only. Personal checks will not be accepted.

③