

Exhibit E

# North Carolina Court of Appeals
EUGENE H. SOAR, Clerk

Phone: (919) 831-3600
Web: https://www.nccourts.gov

Court of Appeals Building
One West Morgan Street
Raleigh, NC 27601

Mailing Address:
P. O. Box 2779
Raleigh, NC 27602

From Wake
( 24CV022933-910 )

No. P25-113

CHARITY MAINVILLE

v.

ANNA DE SANTIS AND DESANTIS RENTALS, LLC

## ORDER

The following order was entered:

The motion filed in this cause on the 10th of June 2025 and designated 'Motion to Refund Unlawfully Assessed Fees for Writ-Related Filings' is denied.

By order of the Court, sitting as a three-judge panel, this the 12th of June 2025.

WITNESS my hand and official seal this the 12th day of June 2025.

Eugene H. Soar
Clerk, North Carolina Court of Appeals

Copy to:
Ms. Charity A. Mainville, For Mainville, Charity - (By Email)
Mr. David M. Yopp, Attorney at Law, For De Santis, Anna - (By Email)
Hon. Vartan A. Davidian, III, District Court Judge, For Davidian, Vartan A. III - (By Email)
The Honorable Clerk of District Court, Wake County